Kelvin W Edwards
1500 E Waylon Jennings Blvd
Littlefield, TX 79339

V

Governor Abbott
and State of Texas

5:21-CV-187-C

I ask that a 800 Billion dollar debt be awarded to charity like Beaumont Housing Authority and Port Arthur Housing Authority and Fannie Mae foundation for relief of natural desaster in Texas area and Louisiana area, and around the Infrastructure of the U.S.A

Prayer

I pray that This will not happen again to our children and american People. Respectfully Dr Kelvin Edwards

Honorable Judge Lynn if you go Back to 1900 and Enhanced the News report on death by deputy police officer you will notice that L.E.D. was granted But no protective gear was in lack when murder or homicide death is committed So I that all the proceeds be give to charity if The State and The U.S.A is Daily killing our Children and family I ask that These charitys Be award Do I can Help people who are homeless and indigent or in or prison Sincerely Dr Lee Merry Christmas Kids! Edwards Lawrence

nd only Had a gun permit w/o instructor training and cops are trained to apprehend not Kill and I.I.D. Have gotten Deputy of manslaughter or capital murder w/o internal affairs investigation and no cop can be allowed to disengaged a weapon explosive nature and Kill man, woman, Boy or girl of child. And claim I.I.D and you are not properly dress you are out of Uniform and maybe charged capital murder or manslaughter, because the Texas and the U.S.A government Rule of criminal Procedure Enhanced that every Deputy or city Police must Have I.D. exposed at all while on duty and chest open. must be worn while on perimeter of a neighborhood street while in route answer information and city plus Hand gun must Be properly secured while in route and must only be drawn in congested or attack by group or individual armed In direction and disengage at that time

Federal Judge Barbara M G Lynn Gov abbott Has allowed Texas law Enforcement to disengage Handgun against public or citizen arrest on charge and civilian arrest and people Have died in day no dope arrest and in Shake down arrest and no charges were ever brought against the Police dept and Internal affairs did not notice That officers and deputys did not Have protective armor when citizen on drug raid was killed or when weapon was used on civilian who Had a gun and fired But was not trained to kill in the line of duty But was killed By Police who was trained But did not Have protective gear on at the time of the incident which would mean the civilian is murder or slaughtered By Use of deadly force and dept would be at fault Because the victim was a Regular person and our deputy was a trained killer person understood the control of crime Scene and the Uses of deadly force

Because deputy Has taken down and apprehend a assalant or person w/firearm close range of person is more than arm length away you may draw on the person But must first try to aim in area that take down individual or group of people in a riot which is consider probable cause to use deadly force that kill or injure in serious manor knowing Emergency vehicle can arrive But Deputy must try to keep person or persons alive Until Emergency vehicle can arrive or Deputy can be charge w/ failure to give aid in a 28 U.S.C. gun crime which left the civilian or group of civilian paraplegic or Unable to move on there own will in conclusion. I ask that all Houston, Dallas, Fort Ft. Worth and Austin and Texas area citizen arrest By Police w/ gun attack B E check for procedure scar or tats. Is

a false Claim for our deputys and dept of Human Service and Health Safety Regulation under our Hippa Health Insurance Portability and accountability Act of 1966, 42.U.S.C. 1320.et. Seq and regulation adopted under that act and Civil warrant Division of Nashville TX P.O. Box 196383 Enhanced Bureau investigation of the State of Texas and the Union of the Dept of Police and Sheriff dept about citizen death done by Police who a protective gear extra Claim Lit. No Lit. Shall be approved by State of Federal or Supreme court unless proper gear is Enhanced on officer or deputy when the incident or injuries committed done on civilian or innocent person with or without a gun in public discharged or not discharged